## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David Albers, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND BACKGROUND

1.     I am currently employed as a Detective with the Kansas City, Missouri Police Department and am serving as a TFO with the FBI. I have been employed with the Kansas City, Missouri Police Department since March 1998, and am currently assigned to the FBI Child Exploitation Task Force, Kansas City, Missouri. Since May 2013, I have been assigned to investigate computer crimes to include violations against children. I have gained expertise in the conduct of such investigations through training in seminars, classes, and everyday work related to conducting these types of investigations. I have attended training such as the annual Crimes Against Children Conference and Innocent Images training provided by the FBI. These trainings have included instruction related to the laws against sexual abuse of minors, online applications used to entice children to produce sexually explicit material or engage in sexually explicit conduct with adults, and other subjects related to offenses committed against minor children. I have assisted in the investigation of hundreds of child pornography cases. During that time, I have had to view thousands of images of child pornography. I have previously applied the federal definition of child pornography used in this Affidavit to dozens of search warrant applications and in dozens of grand jury presentations.

2.     At all times throughout this Affidavit, I use the terms "child sexual abuse material (CSAM)" or "child pornography" merely as shorthand to refer to visual depictions of actual minors engaged in sexually explicit conduct. I use the terms "visual depiction," "minor," and "sexually explicit conduct" as those terms are defined in 18 U.S.C. § 2256.

3.      As will be shown below, there is probable cause to believe Dennis Adlai Hernandez ("HERNANDEZ") has committed violations and attempted violations of 18 U.S.C. §§ 2251(a) and (e) (production of child pornography), 18 U.S.C. § 2252(a)(1) and (b)(1) (transportation of child pornography), and 18 U.S.C. §§ 2252(a)(4) and (b)(2) (possession of child pornography). I am submitting this Affidavit in support of a Criminal Complaint for HERNANDEZ.

4.      The statements in this Affidavit are based upon information obtained through my own personal investigation of this matter. Since this Affidavit is being submitted for the limited purpose of securing a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe HERNANDEZ has produced, transported, and possessed child pornography, in violation of 18 U.S.C. §§ 2251 and 2252.

## BACKGROUND OF THE INVESTIGATION

5.      On August 19, 2025, Affiant received 19 CyberTipline Reports ("Cybertips") from the National Center for Missing and Exploited Children ("NCMEC"). NCMEC received the information on August 18, 2025, from the Electronic Service Provider, Google. Google reported detecting multiple files of apparent CSAM in Google Photos after the files were uploaded to Google Photos by the user of a Google account (the "TARGET ACCOUNT"). Google also submitted apparent CSAM files that were discovered to NCMEC along with the Cybertips. All of the Cybertips and reported files resolved to the TARGET ACCOUNT. The images and videos discussed in the Cybertips were viewed in their entirety by a Google employee. The TARGET ACCOUNT was associated with certain identifying information, including the following:

Name:               Dennis Hernandez

Mobile Phone:       +[Redacted]8079 (verified on 04-02-2024)

2

Date of Birth:        08-10-1997

Email Address:    7.dhernandez@gmail.com (verified)

Email Address:    929196@nkcschools.org

IP Address:        2600:1700:1f64:740:d1c2:38c6:1186:2d7d (Login)

08-08-2025 26:25 UTC

6.     Upon review of the reported files by both NCMEC and the FBI, it appeared the files included produced or homemade content. Based on available metadata/and or EXIF data provided by Google, certain files appear to have been created with a Samsung SM-G892A or LG Electronics LM-X210APM cell phone between August 2019 and June 2023. The following are examples of those reported files:

a.     Reported files "Google-CT-RPT-218288870-d5af4f8cf4a3ee25d0478fc242611286-20220902_121917.mp4" and "Google-CT-RPT-218288870-c22a27188471ecc1913665e80b6abc94-20220902_155358.mp4"     appear     to depict three partially clothed prepubescent boys who appear to be standing in a public bathroom in front of what appears to be urinals. Two of the children appear to have their pants pulled down exposing their nude genitals to the camera lens. It appears the recording may have taken place in a school bathroom or other similar location. An adult male voice from behind the recording device can be heard speaking to the children.

b.     Reported file "Google-CT-RPT-218288870-3167bcf01462474281104d31f36ef5a6-20230130_092136.mp4"     appears     to depict     a clothed prepubescent boy who appears to be standing in front of a urinal. As the individual recording gets closer to the child, the child appears to step closer to the urinal. It appears the recording may have occurred within a school bathroom or other similar location.

3

c. Reported file "Google-CT-RPT-217823767-695156b570a7636bce86215b4bee3494-20220809_150856.mp4" appears to depict a prepubescent boy who is clothed from the waist down. An unknown individual's hand appears to pull the child's shorts down exposing his nude genitals to the camera lens.

d. Reported file "Google-CT-RPT-217750221-4f3311de71f0f27159bc4061fc23c6ac-Screenshot_20230624_150842_Video Player.jpg" appears to depict a prepubescent boy who is clothed from the waist down. An unknown individual's hand can be seen pulling the child's pants down exposing his nude genitals to the camera lens.

7. Multiple files appear to have possibly been created with a Samsung SM-S901U cell phone which appears to be a device make and model registered to the TARGET ACCOUNT. Other files appear to have possibly been created with Google Pixel 3 and Google Pixel cell phones. These files and other commingled contextual provided files indicate the apparent account holder of the TARGET ACCOUNT was employed by a camp, Camp Takajo, in a position of trust with children. Although investigators have not located any explicit or CSAM images taken of or with the apparent campers, the children depicted in the images from the camp were of the same approximate age and gender as the victims depicted in the apparent CSAM reported by Google in the Cybertips. For example, image 3432b1df011547f5d3d65aa8f30a487e.jpg depicts HERNANDEZ (who was identified by comparison to a known image obtained from his Missouri driver's license photo) and another adult male with several prepubescent boys, approximately eight years of age. This image was taken outside in front of a creek or river. Some of the boys are wearing clothing with the camp name printed on their shirts or shorts. HERNANDEZ is also wearing a shirt with the camp emblem. Image 330527ba88c5503f04946b89e92c2cf6.jpg depicts a prepubescent boy, approximately eight years of age, posing in a cabin. The boy is wearing a shirt

4

and shorts with the camp name printed on them. Image e0a0e89fa27a2af134619ed60ff75419.jpg depicts two prepubescent boys, approximately eight years of age, sleeping on a bus. The boys are wearing shirts and shorts with the camp name printed on them. Camp Takajo appears to be a summer camp for boys that is located in Maine. The files described herein contained geolocation EXIF data connected to the camp property.

8.      Another commingled contextual image indicates the user of the TARGET ACCOUNT has been employed by the North Kansas City School District in Missouri in a position of trust with children. Image e367408e345fd04c3ed35a848d8f87fd.jpg depicts a paystub from North Kansas City Schools in the name Dennis HERNANDEZ, and listing HERNANDEZ's residential address in Independence, Missouri (the "SUBJECT PREMISES"). The pay period is April 16, 2023, through April 30, 2023. HERNANDEZ's position is listed as Paraprofessional.

9.      According to the American Registry for Internet Numbers (ARIN), the provided logged IP address 2600:1700:1f64:740:d1c2:38c6:1186:2d7d associated with the Google TARGET ACCOUNT reported in the Cybertips was assigned to AT&T Internet. An exigent request to obtain the subscriber information was sent to AT&T Global Demands Center. AT&T advised the subscriber was a person other than HERNANDEZ at the SUBJECT PREMISES. AT&T also confirmed that HERNANDEZ was the subscriber from May 2022 to the present date for the most recent verified phone number associated with the TARGET ACCOUNT, [Redacted]-8079.

10.      Open-source and law enforcement databases revealed HERNANDEZ resided at the SUBJECT PREMISES and that he was associated with the AT&T Internet subscriber. An Independence Police School Resource Officer ("SRO") was able to confirm HERNANDEZ to presently be a first-grade teacher at the Fairmount Elementary School located at

5

120 N. Cedar Avenue, Independence, Missouri. The school has been confirmed to be in session based on a review of the school/district website and by speaking to the SRO. HERNANDEZ has also provided publicly visible information on his LinkedIn page indicating he was a substitute teacher within the North Kansas City School District ("NKCSD") in the past. Investigators also confirmed that HERNANDEZ was an elementary substitute teacher within the NKCSD and worked during the summer school childcare program.

11.     On August 19, 2025, physical surveillance was instituted at the SUBJECT PREMISES. A vehicle registered to HERNANDEZ was parked at the SUBJECT PREMISES. Using the DOR comparison photo, it appeared an individual resembling HERNANDEZ was observed exiting and re-entering the SUBJECT PREMISES with a dog.

12.     On August 19, 2025, a United States Magistrate Judge issued a federal search warrant authorizing the search of HERNANDEZ's residence, the SUBJECT PREMISES. The search warrant was executed at approximately 6:00 a.m. on August 20, 2025. Upon arrival, law enforcement officers verbally commanded the occupants of the SUBJECT PREMISES to exit the residence. HERNANDEZ was present in the SUBJECT PREMISES but appeared to delay his response to the commands to exit the residence.

13.     Ultimately, HERNANDEZ was contacted by investigators. HERNANDEZ consented to speak with law enforcement officers after he was read the Advice of Rights form. HERNANDEZ explained he had been living at the SUBJECT PREMISES since 2013. HERNANDEZ said he began teaching full time at a local elementary school as a second-grade teacher two days prior. HERNANDEZ confirmed he created and used the Google account 7.dhernandez@gmail.com, and that he currently used phone number [Redacted]-8079, both of

which were associated with the TARGET ACCOUNT. HERNANDEZ admitted his delay exiting his residence was due to being scared and attempting to hide his cell phone.

14.    HERNDANDEZ explained he possessed about a thousand files of CSAM on his Samsung cell phone. HERNANDEZ acknowledged he was the sole user of all his devices. HERNANDEZ explained how he would obtain videos of nude children from the Internet and then create still images of the most interesting points of the videos. Investigators noted that several of the files were marked on HERNANDEZ's phone as favorites with a heart. The still images HERNANDEZ created from the videos of children obtained from the Internet were typically images that focused on the genitalia of minor boys. For example, filename 20250217_162909.jpg depicts a close-up view of a prepubescent boy's penis being manipulated by a hand. The image was created on February 17, 2025.

15.    HERNANDEZ was presented with examples of the reported CSAM files provided by Google with the Cybertips. HERNANDEZ admitted to recording minor boys while they were in his care at multiple local elementary schools and locker rooms for the past few years. He would surreptitiously record the boys and captured recordings of the exposed genitals of the boys. For example, filename Screenshot_20230624_150842_150842_Video Player.jpg depicts a shirtless prepubescent boy's exposed penis. According to Google, the file was uploaded using the Internet to the Google Photos infrastructure on September 13, 2023. The original video showed an adult male pulling the child's pants down with his hand to expose the boy's penis. HERNANDEZ confirmed he did this while on a bus for a school field trip.

16.    HERNANDEZ explained he had a "special attraction" to some boys which led to him singling them out to produce the recordings. HERNANDEZ estimated he had done this with approximately ten boys. HERNANDEZ admitted that he created the files for personal sexual

gratification and masturbated to the files. He also read stories that coincided with some of the CSAM images he created. An example of a story he might read involved a babysitter giving a child a bath.

17.     HERNANDEZ confirmed he was a summer camp counselor with minor boys at Camp Takajo. He denied any inappropriate activity with any of those boys but explained that was when his "dark inclination" or "sexual attraction" with minor boys began. He identified that he started searching for and downloading CSAM around 2020. HERNANDEZ identified his primary sexual interest was six- to eight-year-olds. HERNANDEZ denied any skin-to-skin contact with any minor's genitalia.

18.     On August 20, 2025, law enforcement did a preliminary review of one of HERNANDEZ's cell phones, a Samsung Galaxy S22, Model Number SM-S901U, S/N: R5CT50R72ME. The Samsung phone was located in HERNANDEZ's bedroom in his desk drawer wedged between the drawer wall and other miscellaneous items. Hundreds of apparent CSAM files were located in the phone's Photo Gallery. Several of those files depicted minor boys that appeared to be produced by HERNANDEZ. HERNANDEZ provided details to confirm he produced the videos and then later created still images from the videos. For example, filename Screenshot_20250724_185111_Video Player.jpg created on July 24, 2025, from a video created earlier the same date, depicted a nude prepubescent male who was changing clothes inside a bathroom. There were at least four other images similar in nature that appeared to have been created from the same video on July 24, 2025, that depicted a focus on the prepubescent male's nude genitalia. HERNANDEZ confirmed the video was produced in an elementary school located in Gladstone, Missouri. Additional still images and videos similar in nature to those

8

described above and depicting at least eight additional prepubescent males were discovered during the preview.

19. The Samsung Galaxy S22, Model Number SM-S901U, S/N: R5CT50R72ME was manufactured outside the state of Missouri.

## **CONCLUSION**

20. Your Affiant respectfully submits that there is probable cause to believe Dennis Adlai HERNANDEZ has committed and attempted to commit the offenses of production of child pornography, in violation of 18 U.S.C. §§ 2251(a) and (e), transportation of child pornography, in violation of 18 U.S.C. §§ 2252(a)(1) and (b)(1), and possession of child pornography, in violation of 18 U.S.C. §§ 2252(a)(4) and (b)(2).

_____
David Albers
Task Force Officer
Federal Bureau of Investigations

Subscribed and sworn to me via telephone this ____21st____ day of August 2025.    Sworn to by telephone
1:26 PM, Aug 21, 2025

_____
HONORABLE LAJUANA M. COUNTS
United States Magistrate Judge
Western District of Missouri



9